**Norma Cristina Drummond De JOHN-SON, also known as Norma John-son, Petitioner,**

v.

**Alberto GONZALES, Attorney General, Respondent.**

No. 05–4166–ag.

United States Court of Appeals, Second Circuit.

Feb. 26, 2007.

Rebecca Smullin, Law Student Intern, supervised by Brett Dignam, Jerome N. Frank Legal Services Organization, Yale Law School, New Haven, CT, for Petition-er.

Victoria S. Shin, Assistant United States Attorney, District of Connecticut, New Haven, CT, for Respondent.

Present: CHESTER J. STRAUB, ROSEMARY S. POOLER and ROBERT D. SACK, Circuit Judges.

### SUMMARY ORDER

Petitioner Norma Cristina Drummond De Johnson, a native and citizen of Pana-ma, seeks review of a July 5, 2005, order of the Board of Immigration Appeals ("BIA") denying petitioner's request to reopen her case to move for relief pursuant to former Section 212(c) of the Immigration and Na-tionality Act, 8 U.S.C. § 1182(c) (repealed 1996). *In re Norma Cristina Drummond De Johnson,* A35 197 805 (B.I.A. July 5, 2005). We assume the parties' familiarity with the facts, proceedings below, and specification of issues. We hold as follows.

While Johnson's petition was pending, this court clarified in *Wilson v. Gonzales,* 471 F.3d 111 (2d Cir.2006), that applicants who claim that they "delayed filing an affirmative § 212(c) application to build a stronger case warranting the granting of that relief, believing such reliance will con-tinue to be available, ... must make an individualized showing of reliance." *Id.* at 122. Johnson did not have the benefit of this decision when she filed her motion to reopen. We therefore grant Johnson's pe-tition and remand her case to the BIA to

determine whether she can make the requisite showing of individualized reliance.